RONALD W. BROWN, ESQ. (SBN 107340)
CARRIE E. BUSHMAN, ESQ. (SBN 186130)
MEG E. WILSON, ESQ. (SBN 278386)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

**FILED**

APR 1 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Defendants CAMPBELL SOUP SUPPLY
COMPANY, LLC and MARIA D. GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE TAPIA,<br><br>          Plaintiff,<br><br>v.<br><br>CAMPBELL SOUP SUPPLY COMPANY, LLC; MARIA D. GARCIA, an individual, AND DOES I -XX inclusive,<br><br>          Defendants. | Case No. 2:13-cv-00553-TLN-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF THE FIRST AMENDED COMPLAINT BY GUADALUPE TAPIA AND THE TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br><br>Action Filed: January 25, 2013 |

WHEREAS, this action was filed on January 25, 2013 in the Superior Court of the State of California, County of Sacramento, entitled *Guadalupe Tapia v. Campbell Soup Supply Company, LLC and Maria D. Garcia,* Case No. 34-2013-00138968;

WHEREAS, Andrea Rosa, counsel for Plaintiff, provided counsel for Defendants separate Notices and Acknowledgment of Receipt for each defendant dated March 1, 2013 with a copies of the Summons and Complaint;

WHEREAS, counsel for Defendants signed the Notices and Acknowledgment of Receipt and returned same to counsel for Plaintiff on March 20, 2013;

1      WHEREAS, Defendant Campbell Soup Supply Company removed this action to the

2   United States District Court for the Eastern District of California based on diversity

3   jurisdiction under 28 U.S.C. § 1441(b) on March 20, 2013;

4      WHEREAS, pursuant to Federal Rules of Civil Procedure 81(c)(2), Defendants'

5   responsive pleading is currently due on April 10, 2013 (21 days after service);

6      WHEREAS, Plaintiff has agreed to file her First Amended Complaint no later than

7   April 12, 2013;

8      WHEREAS, Rule 144 of the Civil Local Rules of the Eastern District of California

9   provides that the parties may stipulate to extend the time within which to answer or

10  otherwise respond to the complaint for no more than twenty-eight (28) days with the

11  approval of the Court;

12     WHEREAS, Plaintiff's counsel has agreed to extend the time for all Defendants to

13  file an answer or otherwise respond to the First Amended Complaint to April 26, 2013;

14     NOW, THEREFORE, the undersigned parties through their respective counsel

15  stipulate as follows:

16     1.    The First Amended Complaint shall be filed no later than April 12, 2013.

17     2.    The time for Defendants to answer, move against or otherwise respond to the

18  First Amended Complaint shall be April 26, 2013.

19     This stipulation may be executed in counterparts, including by signature

20  transmitted by facsimile or electronically.

21           *Respectfully submitted,*

22  DATED:  April 4, 2013        COOK BROWN, LLP

23           MEG E. WILSON, ESQ.

24

25           By:   /s/ Meg E. Wilson
                  Attorneys for Defendants

26                CAMPBELL SOUP SUPPLY COMPANY,
                  LLC and MARIA D. GARCIA

27

28

**STIPULATION REGARDING FAC AND TIME FOR DEFENDANTS TO RESPOND**

1    DATED:  April 5, 2013                    THE ROSA LAW GROUP
2                                             ANDREA ROSA, ESQ.

3                                             By:    /s/ Andrea Rosa
4                                                    Attorneys for Plaintiff
                                                     GUADALUPE TAPIA
5

6
                                             **ORDER**
7

8    IT IS SO ORDERED.

9

10

11   DATED:   _4/16/13_

12                                           HON. TROY L. NUNLEY
                                             JUDGE OF THE U.S. DISTRICT COURT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION REGARDING FAC AND TIME FOR DEFENDANTS TO RESPOND**

C:\Windows\Temp\notes83EFFA\Stip FAC-Response          3
EOT.docx